**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7003**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LLEWELLEN FERNANDO SMITH, a/k/a Louie,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:96-cr-00066-REP-20)

Submitted:  November 2, 2012      Decided:  November 7, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Llewellen Fernando Smith, Appellant Pro Se.  Dana James Boente, Assistant United States Attorney, Alexandria, Virginia; Stephen Wiley Miller, Elizabeth Wu, Assistant United States Attorneys, Brian R. Hood, David John Novak, Brian L. Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Andrew Gerald McBride, WILEY REIN, LLP, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Llewellen Fernando Smith appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 3:96-cr-00066-REP-20 (E.D. Va. May 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED